# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

PATRICIA RUBIO and PAUL MacNEIL,

Appellants,

v.

BENGAL PROPERTIES, INC.,

Appellee.

No. 2D2023-1328

———————————————

May 24, 2024

Appeal from the County Court for Hillsborough County; Joseph M. Tompkins, Judge.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, and Darren Newhart of Newhart Legal, PA, Loxahatchee, for Appellants.

Ian A. Parry, Jonathan B. Sbar, and Jodi L. Corrigan of Rocke, McLean & Sbar, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior publication.